**In re Richard HAMLETT, Debtor.**

**Richard Hamlett, Plaintiff–Appellant,**

v.

**Bank United, Defendant–Appellee,**

**and**

**Evelyn K. Krippendorf, Trustee.**

No. 02–1389.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 30, 2002.

Decided Oct. 10, 2002.

Gary M. Bowman, Roanoke, Virginia, for Appellant. Matthew D. Huebschman, Jeffrey A. Fleischhauer, P.C., Roanoke, Virginia, for Appellee.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Hamlett appeals the district court's order reversing the bankruptcy court's orders granting default judgment in favor of Hamlett and denying Bank United's motion for reconsideration. Our review the record, the parties' briefs, and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamlett v. Bank United,* No. CA–01–700–7 (W.D.Va. Mar. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*